IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERNESTO SANTIAGO-ROBLES,

      Appellant,

 v.                                                                                     Case No.  5D15-4223

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed June 24, 2016

3.853 Appeal from the Circuit
Court for Orange County,
Wayne C. Wooten, Judge.

Ernesto Santiago-Robles, Clermont, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Rebecca Roark Wall,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     Affirmed without prejudice to appellant filing a facially sufficient, good faith motion.

PALMER, ORFINGER and EVANDER, JJ., concur.